# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CIVIL ACTION NO. 5:15-CV-00061-TBR

KAREN SLOAN,                                                                                             Plaintiff,

v.

DRURY HOTELS COMPANY, LLC            Defendant/Third-Party Plaintiff,

v.

JOAN ROSS SQUIRES,                                Third-Party Defendant.

## MEMORANDUM OPINION AND ORDER

In anticipation of the approaching trial in this action, the Drury Hotels Company, LLC asks the Court to take judicial notice that the property of the Drury Inn, located at 3975 Hinkleville Road, Paducah, Kentucky, is within the boundaries of the City of Paducah. [R. 38 at 1 (Drury Hotels Company's First Motion to Take Judicial Notice).] Under Federal Rule of Evidence 201(b), the Court "may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Geographical facts are peculiarly susceptible to judicial notice for the obvious reason that geographic locations are facts which are not generally controversial. *United States v. Harris*, 331 F.2d 600, 601 (6th Cir. 1964) ("The District Court may take judicial notice of established geographical facts."); *United States v. Cole*, 19 F.3d 19, 1994 WL 64697, at *2 (6th Cir. 1994) (unpublished table decision) (same). Here, the Drury Hotels Company is correct: The Drury Inn, located at 3975 Hinkleville Road, Paducah, Kentucky, is within the boundaries of the City of Paducah. [*See* R. 47 at 1 (Letter from the City of Paducah's

1

Department of Planning).] Consequently, the Court will grant the Drury Hotels Company's motion.

**IT IS HEREBY ORDERED** that the Drury Hotels Company, LLC's First Motion for Judicial Notice, [R. 38], is **GRANTED**. The Court **TAKES JUDICIAL NOTICE** that the property of the Drury Inn, located at 3975 Hinkleville Road, Paducah, Kentucky, is within the boundaries of the City of Paducah.

**IT IS SO ORDERED.**

Date:

cc: Counsel of Record